359 A.2d 913
SANYO ELECTRIC, INC.
v.
SOUNDS OF MUSIC, INC., Appellant.

Submitted November 17, 1975. Allen Braunwasser, for appellant; Stanley J. Reisman, for appellee.

Order affirmed.

360 A.2d 229
STETTMIER et ux.
v.
CALLEN, et ux., et al., Appellants.

Argued April 13, 1976. Donald D. Doerr, submitted a brief for appellants; Ruth F. Cooper, for appellees.

Judgment affirmed.